3. That the evidence herein is insufficient to establish the cost of production of the said merchandise within the meaning of section 402 (e) and section 402 (f) of the Tariff Acts of 1922 and 1930, respectively.

We conclude as a matter of law that as the plaintiff has failed to establish the cost of production of the items involved herein in accordance with the pertinent statutes, the appeals for reappraisement were properly dismissed by the trial court.

The decision and judgment of the trial court are accordingly affirmed.

**REHEARING MOTION GRANTED**

JANUARY 16, 1953

A. R. D. 14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ E. Dillingham, Inc., a/c E. F. Bowe v. United States. Entered at Alexandria Bay, N. Y. A. R. D. 1. Motion by appellee.

(A. R. D. 15)

UNITED STATES v. NICHOLAS GAL (GLOBE SHIPPING CO., INC.)

Entry Nos. 720153/1; 708931.

Third Division, Appellate Term

(Order dated January 27, 1953)

*Charles J. Wagner*, Acting Assistant Attorney General (*Samuel D. Spector*, special attorney), for the appellant, against the motion.

*Eugene R. Pickrell* (*Michael Stramiello, Jr.*, of counsel) for the appellee, for the motion.

Before CLINE, EKWALL, and JOHNSON, Judges; CLINE, J., not participating

ORDER

EKWALL, Judge: Upon reading and filing appellee's motion for rehearing and reconsideration of the order of this court, dated November 24, 1952, wherein the court denied the motion to dismiss the application for review filed by the appellant herein insofar as it seeks a review of the order of a single judge of the United States Customs Court, dated May 26, 1952 (Reap. Dec. 8119), relating to appeals for reappraisement Nos. 139494–A and 139535–A, and upon reading and filing the memorandum of the appellee in support of the motion herein, and the memorandum of the Government in opposition to this motion,